933 So.2d 1285 (2006)
Todd C. HUGHES, Appellant,
v.
STATE of Florida, Appellee.
No. 2D06-1797.
District Court of Appeal of Florida, Second District.
July 28, 2006.
PER CURIAM.
Affirmed. See Milks v. State, 894 So.2d 924 (Fla.2005), cert. denied, ___ U.S. ___, 126 S.Ct. 368, 163 L.Ed.2d 86 (2005); Burrows v. State, 890 So.2d 286 (Fla. 2d DCA 2004), review denied, 914 So.2d 952 (Fla. 2005); Caraballo v. State, 805 So.2d 882 (Fla. 2d DCA 2001); Butler v. State, 923 So.2d 566 (Fla. 4th DCA 2006); Thomas v. State, 778 So.2d 429 (Fla. 5th DCA 2001).
Contrary to the holding of this court in Burrows, the First District in Isaac v. State, 911 So.2d 813 (Fla. 1st DCA 2005), on collateral review applied the United States Supreme Court decision in Blakely v. Washington, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), retroactively to a sentence that became final before the issuance of the Blakely opinion.
As this court did in Barron v. State, 931 So.2d 929 (Fla. 2d DCA 2006), we certify direct conflict with Isaac.
Affirmed; conflict certified.
ALTENBERND, CASANUEVA, and STRINGER, JJ., Concur.